```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                    CASE NO. 05 B 23864
    JOY MARIA IGIEWE
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-7713


-----------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 06/15/2005 and was confirmed 08/10/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   10.00%.

     The case was dismissed after confirmation 05/21/2008.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
-----------------------------------------------------------------------
HARLEM FURNITURE           SECURED              1000.00      38.88        119.75
HARLEM FURNITURE           UNSECURED         NOT FILED        .00           .00
NATIONAL AUTO FINANCE      SECURED              5850.00     674.99       2602.79
NATIONAL AUTO FINANCE      UNSECURED            2291.98       .00           .00
SHAW CARPET OUTLET         SECURED               400.00      34.57        183.58
SHAW CARPET OUTLET         UNSECURED         NOT FILED        .00           .00
TOYOTA MOTOR CREDIT        SECURED             18000.00    2076.87       8008.59
WELLS FARGO BANK NA        CURRENT MORTG      33493.41        .00      33493.41
WELLS FARGO BANK NA        MORTGAGE ARRE       4031.39        .00       2032.13
ACMC PHYSICIAN             UNSECURED         NOT FILED        .00           .00
CAPITAL ONE                UNSECURED             905.25       .00           .00
CARD SERVICE CENTER        UNSECURED         NOT FILED        .00           .00
CARLE FOUNDATION HOSPITA   UNSECURED         NOT FILED        .00           .00
ADVOCATE CHRIST MEDICAL    UNSECURED         NOT FILED        .00           .00
I C COLLECTION SERVICE     NOTICE ONLY      NOT FILED        .00           .00
ADVOCATE CHRIST MEDICAL    UNSECURED         NOT FILED        .00           .00
HAND & PLASTIC SURGERY A   UNSECURED            1970.00       .00           .00
LERNER                     UNSECURED         NOT FILED        .00           .00
LITTLE CO MARY HOSP PROF   UNSECURED         NOT FILED        .00           .00
MCI RESIDENTIAL SERVICES   UNSECURED         NOT FILED        .00           .00
OAK LAWN RADIOLOGY         UNSECURED         NOT FILED        .00           .00
I C COLLECTION SERVICE     NOTICE ONLY      NOT FILED        .00           .00
OAK PARK HOSPITAL          UNSECURED         NOT FILED        .00           .00
PALOS SURGICENTER          UNSECURED            3350.00       .00           .00
I C COLLECTION SERVICE     NOTICE ONLY      NOT FILED        .00           .00
PEOPLES GAS LIGHT & COKE   UNSECURED                .00       .00           .00
TARGET NATIONAL BANK       UNSECURED             188.93       .00           .00
SOUTHWEST HAND REHBILTAT   UNSECURED         NOT FILED        .00           .00
ST FRANCIS HOSPITAL        UNSECURED         NOT FILED        .00           .00
UNIVERSITY OF CHIC PHYSI   UNSECURED         NOT FILED        .00           .00
I C COLLECTION SERVICE     NOTICE ONLY      NOT FILED        .00           .00
UNIVERSITY OF ILLINOIS S   UNSECURED         NOT FILED        .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 23864 JOY MARIA IGIEWE
```

```
WIRELESS RETAIL            UNSECURED        NOT FILED               .00              .00
CORPORATE AMERICAN FAMIL   UNSECURED           946.01                .00              .00
PETER FRANCIS GERACI       DEBTOR ATTY       2,700.00                            2,700.00
TOM VAUGHN                 TRUSTEE                                               2,850.00
DEBTOR REFUND              REFUND                                                1,100.00

      Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                 55,915.56

PRIORITY                                            .00
SECURED                                       46,440.25
    INTEREST                                   2,825.31
UNSECURED                                           .00
ADMINISTRATIVE                                 2,700.00
TRUSTEE COMPENSATION                           2,850.00
DEBTOR REFUND                                  1,100.00
                        ---------------      ---------------
TOTALS                  55,915.56             55,915.56
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 08/26/08          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                        PAGE   2
         CASE NO. 05 B 23864 JOY MARIA IGIEWE